No. 34. TIMES FILM CORP. *v.* CITY OF CHICAGO ET AL., *ante,* p. 43. Motion of Motion Picture Association of America, Inc., for leave to file brief, as *amicus curiae,* in support of petition for rehearing granted. Motion of American Book Publishers Council, Inc., for leave to file brief, as *amicus curiae,* in support of petition for rehearing granted. Motion of Authors League of America, Inc., for leave to file brief, as *amicus curiae,* in support of petition for rehearing granted. Motion of American Society of Magazine Photographers et al. for leave to file brief, as *amici curiae,* in support of petition for rehearing granted. Motion of HMH Publishing Company, Inc., Publishers of Playboy Magazine, for leave to file brief, as *amicus curiae,* in support of petition for rehearing granted. Motion of National Association of Broadcasters for leave to file brief, as *amicus curiae,* in support of petition for rehearing granted. Petition for rehearing denied.

MARCH 27, 1961.

No. 495. COMMUNIST PARTY, U. S. A., ET AL. *v.* CATHERWOOD, INDUSTRIAL COMMISSIONER. Certiorari, 364 U. S. 918, to the Court of Appeals of New York. Pursuant to 28 U. S. C. § 2403, the Court hereby certifies to the Attorney General that there is drawn in question in this case the constitutionality of Section 3 of the Communist Control Act (50 U. S. C. § 842).

No. 789, Misc. FLORES *v.* ELLIS, CORRECTIONS DIRECTOR;

No. 855, Misc. SCHACHEL *v.* UNITED STATES; and

No. 857, Misc. COWAN *v.* PEGELOW ET AL. Motions for leave to file petitions for writs of habeas corpus denied.